

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00352-CR

| | | |
|---|---|---|
| JEREMY BRANDON WRIGHT, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13942) |
| v. | § | January 24, 2019 |
| | § | Per Curiam |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete $15 from the total costs assessed, leaving total costs of $1,224. We likewise modify the bill of costs and the order to withdraw funds to delete $15, reducing the total court costs to $1,224. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM